UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CORDELL FELIX,

    Petitioner,

v.                                 Case No.: 2:19-cv-268-FtM-38MRM

UNITED STATES OF AMERICA,

    Respondent.
_____/

## OPINION AND ORDER[1]

Respondent, The United States of America, filed a Response in Opposition to Petitioner's Motion to Vacate Pursuant to 28 U.S.C. § 2255 on June 20, 2019. (Doc. 7). Petitioner is not required to file a reply. *Rules Governing Section 2254 Cases in the United States District Courts*, R. 5(e). If Petitioner wishes to file a reply, however, he must do so within **thirty (30) days** from the date on this Order. After that date, Petitioner's Motion (Doc. 1) and Respondent's Response (Doc. 7) will be taken under advisement by the Court and an order entered thereon without notice.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of July 2019.

                                                  SHERI POLSTER CHAPPELL
                                                  UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.